UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Mag. No. 25-1080 |
| | ) | |
| v. | ) | Misdemeanor Class A VIOLATION E1119635 |
| | ) | |
| AHARON WIDER | ) | Offense on a Federal Reservation |
| | ) | |

    Before the Honorable Andrea D. Bergman, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses against the laws of the United States, which were committed within a Federal Reservation under the provisions of 18 U.S.C. § 3401, personally appeared this day Eli Jacobs, Assistant U.S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

    On or about the 22nd day of July 2022, at <u>Gateway National Recreation Area (Sandy Hook), Highlands, New Jersey,</u> in the District of New Jersey, Aharon Wider did, at approximately 21:59 hours, at:

Parking Lot C

1) Unlawful possession of controlled substance (lysergic acid diethylamide (LSD)) in violation of <u>21 U.S.C. § 844(a)</u>

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

_____
Eli Jacobs
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

_____
HON. Andrea D. Bergman
United States Magistrate Judge

Dated: 5.7.25

CVB SCAN 08/24/2022 10:43

E1119635

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 22, 2022 while exercising my duties as a law enforcement officer in the MONMOUTH District of New Jersey

On July 22th, 2022 at approximately 2159 hours, I, Supervisory US Park Ranger E Bungard, was on patrol in a marked patrol unit. I observed a Blue Toyota Rav 4 bearing NJ registration F21NLS parked in parking lot C after hours. The Park closed on July 22, 2022 at 0900pm. There are several posted signs regarding the closure time. I contacted the operator, later identified as Aharon WIDER through his NY DL, who was sitting in the driver seat. I observed WIDER smoking. When asked what he was smoking, he stated that he was smoking weed. Upon further investigation, the following items were located in the vehicle that WIDER was the sole occupant of: a bag labeled "Stanky Farms" containing a green leafy substance suspected to be marijuana Item, a burnt cigarette containing a leafy substance suspected to be marijuana weighing 0.4 grams and Tin foil with two green tabs of suspected acid. I issued WIDER the following violation notices: E1119635 21 USC 844a, E1119634 36 CFR 2.35 b2.

The foregoing statement is based upon:

☒ my personal observation     ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // 07/22/2022         [Officer's Signature]
Date (mm/dd/yyyy)                   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.